ACCEPTED
03-15-00301-CR
7353683
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 2:42:18 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-000301-CR

COURT OF APPEALS

FOR THE

AUSTIN SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 2:42:18 PM
JEFFREY D. KYLE
Clerk

EX PARTE JOSE C. LOREDO,
Appellant

APPEAL FROM
COUNTY COURT AT LAW NO. 1
HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 095790

## MOTION FOR LEAVE TO FILE UNTIMELY APPELLEE'S BRIEF

Ralph Guerrero
First Assistant Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No. 24048407
ralph.guerrero@co.hays.tx.us
Attorney for the State of Texas

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Now comes Appellee, the State of Texas, and files this Motion for Leave to File an Untimely Appellee's Brief, and in support states the following:

1. Appellee's Brief was due on October 12, 2015.

2. This Motion is not sought for delay, but so justice may be served.

3. For the foregoing reason, the undersigned attorney hereby requests leave to untimely file this Appellee's Brief pursuant to Texas Rules of Appellate Procedure, Rule 38.6, which provides modifications of filing time.

Respectfully submitted,

Ralph Guerrero
First Assistant Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No. 24041021
ralph.guerrero@co.hays.tx.us
Attorney for the State of Texas

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2015, I served the above motion by email to David A. Mendoza at attorneydavidmendoza@gmail.com, in accordance with the Texas Rules of Appellate Procedure.

Ralph Guerrero
First Assistant Criminal District Attorney